c/f Deft              P&F
c/M Govt, PTS

*Benedict S. Gullo, Jr.*
*Attorney at Law*

114 Old Country Road
Suite 212
Mineola, New York 11501
(516) 294-3550
Fax (516) 742-0209

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ MAR 23 2010 ★
LONG ISLAND OFFICE

**VIA FAX**

March 23, 2010

Honorable Joanna Seybert
United States District Judge
Eastern District of New York
1034 Federal Plaza
Central Islip, New York 11722

      Re:    United States of America v. Rocco Oppedisano
             Magistrate Docket No. 09-334
             Criminal Docket No. 09-305 (JS) (AKT)

Dear Hon. Judge Seybert:

     Please accept this letter as a request that my client be allowed to travel to Florida for the time period April 2, 2010, and to return on April 6, 2010.

     My client will be traveling to Florida for the Easter Holidays with his fiancée Erika Grandinetti and to also visit with her aunt, Lynn Grandinetti, and my client's brother, Peter Oppedisano.

     Mr. Oppedisano has personally spoken to Pre-Trial Services Officer Marnie Gerardino, 631 712-6407, and she has no objection to this application.

     In addition, I have also communicated with the office of AUSA Ray Tierney, 631 715-7849, to advise of this application.

     Mr. Oppedisano has been reporting faithfully to his Pre-Trial Services Officer, he has appeared in Court each and every time his case has been calendared, he remains gainfully employed, has avoided further involvement with the law and has cooperated with counsel in his defense.

Honorable Joanna Seybert
Page 2
March 23, 2010
Re: Rocco Oppedisano

    I also bring to the Court's attention that Ms. Gerardino advised Mr. Oppedisano that because he has family and business interests in Florida she would have no objection to his traveling to Florida, subject to notification to her, the Court and the U.S. Attorney's Office.

    I thank the Court for its anticipated courtesies and enclosed herein please find copy of Mr. Oppedisano's itinerary – see enclosure.

                                                    Very truly yours,

                                            BENEDICT S. GULLO, JR.

BSG/pl
Enclosures
cc:    Ms. Marnie Gerardino
        Mr. Rocco Oppedisano

        AUSA Ray Tierney

*Travel approved.*

SO ORDERED:

Joanna Seybert, USDJ
Dated: 3/23/2010
Central Islip, NY



Erika Grandinetti <eribella5476@gmail.com>

# Itinerary for your upcoming trip
2 messages

---

**JetBlue Reservations <reservations@jetblue.com>**                    Thu, Mar 18, 2010 at 7:07 AM
To: oppedisano7@aol.com, eribella5476@gmail.com



Scan this barcode to check in at any JetBlue check in kiosk.



Home  |  Flight Status  |  Change/Cancel  |  Seats  |  Baggage info

# You're all set!

Thanks for choosing JetBlue. Please review this booking confirmation carefully as it includes some important and helpful information about your trip. Although you don't need this document to check in, we recommend that you print it out for your reference.

Your confirmation number is JAHLNT.



**Even More Legroom**

If you booked an Even More Legroom seat, congratulations!
If not, here's another opportunity. Starting at just $10 more, you can stretch out in one of our most spacious seats with up to four more inches of legroom. Change your seat.

## Your itinerary

| Date | Departs/Arrives | Route | Flight | Travelers | Seats | Terminal |
|---|---|---|---|---|---|---|
| Fri, Apr 02 | 7:50 p.m. 11:22 p.m. | NEW YORK JFK, NY to FT LAUDERDALE, FL | 47 | Erika Grandinetti | 2A* | 5 |
|  |  |  |  | Rocco Oppedisano | 2B* |  |
| Tue, Apr 06 | 6:15 p.m. 9:28 p.m. | FT LAUDERDALE, FL to NEW YORK JFK, NY | 984 | Erika Grandinetti | 3A* | 3 |
|  |  |  |  | Rocco Oppedisano | 3B* |  |

\* Even More Legroom seat

**Payment**

https://mail.google.com/mail/?ui=2&ik=ac5dd5de7e&view=pt&search=inbox&th=12770f...    3/18/2010

# BENEDICT S. GULLO, JR., ESQ.
## 114 OLD COUNTRY ROAD, SUITE 212
## MINEOLA, NY 11501
## (516) 294-3550
## FAX: (516) 742-0299

## FACSIMILE TRANSMITTAL SHEET

| TO: HONORABLE JUDGE JOANNA SEYBERT | FROM: BENEDICT S. GULLO, JR. |
|---|---|
| FAX NUMBER: 631-712-5611 | DATE: MARCH 23, 2010 |
| RE: U.S. V. ROCCO OPPEDISANO<br>Criminal Docket # 09-305(JS) (AKT)<br>Magistrate Docket # 09-334 | TOTAL NO. OF PAGES INCLUDING COVER: |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

*************** -COMM. JOURNAL- ******************* DATE MAR-24-2010 ***** TIME 12:31 ********

```
MODE = MEMORY TRANSMISSION          START=MAR-24 12:30    END=MAR-24 12:31

     FILE NO.=124
STN NO.  COMM.  ABBR NO.   STATION NAME/TEL NO.   PAGES    DURATION

 001     OK        ≥       9-15167420299          003/003  00:00:31
```

****************************************** -       - ***** -           - *********



# Honorable Joanna Seybert

U.S. District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
PO Box 9014
Central Islip, NY 11722-9014
Telephone: (631) 712-5610

### FAX COVER SHEET

TO: _Benedict Gullo Esq_

FROM: _Charles Goran_

DATE: _3/24/2010_

RE: _Oppedisano_

**NUMBER OF PAGES** (including cover page): _3_

**SUMMARY:** _Travel approved._

---

**CONFIDENTIAL FACSIMILE COMMUNICATION**

The information contained in this facsimile message, and any and all accompanying documents constitutes confidential information. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.