

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JJD:SCF  *271 Cadman Plaza East*
F.#2009R00777  *Brooklyn, New York 11201*

December 6, 2010

**Via ECF and FedEx**

Benedict S. Gullo, Jr., Esq.
114 Old Country Road
Mineola, New York 11501

    Re:  United States v. Rocco Oppedisano
          Criminal Docket No. 09-305 (S-1)(JS)

Dear Mr. Gullo:

    In advance of trial in the above-captioned matter enclosed please find copies of sixty-one exhibits, which the government intends to introduce as evidence during its case-in-chief. Enclosed please also find statements of the witnesses the government intends at this time to call at trial, which are being disclosed pursuant to the provisions of 18 U.S.C. § 3500. Please be advised that the government may call additional witnesses and introduce additional exhibits during trial, and if it does, it will provide additional materials under separate cover.

    If you have any questions, please do not hesitate to contact me.

          Very truly yours,

          LORETTA E. LYNCH
          United States Attorney

    By:  /s/ Sean C. Flynn
        Sean C. Flynn
        Assistant U.S. Attorney
        (718) 254-6351

cc:  Clerk of Court (JS) (by ECF) (without enclosures)